AO 451 (Rev. 2/86) Certification of Judgment - SDNY Web 5/99

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

ATLANTIC BANK OF NEW YORK

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

V.

METROPOLITAN FOOD GROUP, LLC,
1651 PITKIN AVENUE, LLC, 11010 FLATLANDS
AVENUE, LLC, JON ERIC COOK, JEFFREY GIANNONE
AND MARK FORSTER

Case Number: 03 CV 0817 (JSR)

I, _____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ____September 23, 2003____, as it appears in the records of this court, and that

                        *Date*

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

JAN 4, 2005

*Date*

J. Michael McMahon
*Clerk*

_____
*(By) Deputy Clerk*

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [\*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[\*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

ROSEN, EINBINDER & DUNN, P.C.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC BANK OF NEW YORK,  Index No.: 03 CV 0817 (JSR)

          Plaintiff,

          Amended JUDGMENT

     against

METROPOLITAN FOOD GROUP, LLC,
1651 PITKIN AVENUE, LLC, 11010 FLATLANDS
AVENUE, LLC, JON ERIC COOK, JEFFREY GIANNONE
AND MARK FORSTER,

#03,1845

          Defendants.
------------------------------------------------------------

Plaintiff having moved this Court for summary judgment, and thereafter plaintiff and defendants having submitted a stipulation to the Court wherein defendants consented to (1) the entry of an order granting plaintiff summary judgment in its entirety, including, but not limited to, judgment on plaintiff's first, second, third, fourth, sixth, seventh, ninth, tenth, eleventh, thirteenth, fourteenth and fifteenth causes of action against defendants, jointly and severally, in the amount of $778,332.74, plus interest and late charges; (2) the entry of an order directing judgment on plaintiff's fifth and eight causes of action declaring plaintiff to be the legal owner of certain equipment and inventory located at 1651 Pitkin Avenue and 11010 Flatlands Avenue, respectively, and entitled to immediate possession thereof; (3) and the entry of a judgment as to liability on plaintiff's third, sixth, ninth, eleventh, thirteenth and fifteenth causes of action and to the entry of a judgment for attorneys' fees and costs in the agreed to amount of $150,000.00; and the Court having entered the stipulation on August 14, 2003 and directing the Clerk to enter judgment in accordance with the terms of the stipulation as referenced above; it is now,

**ORDERED, ADJUDGED AND DECREED,** that for the reasons stated in the Court's Stipulation and Order dated August 14, 2003, plaintiff's motion for summary judgment is granted in its entirety, and it is further

**ORDERED, ADJUDGED AND DECREED,** that **Atlantic Bank of New York**, plaintiff, residing at 960 Avenue of the Americas, New York, New York do recover of **Metropolitan Food Group, LLC.**, defendant, at its last known address of 468 Post Road East, Westport, Connecticut, in the care of Tucker Investment, **1651 Pitkin Avenue, LLC**, defendant, residing at 1651 Pitkin Avenue, Brooklyn, New York, New York, **11010 Flatlands Avenue, LLC**, defendant, residing at 11010 Flatlands Avenue, Brooklyn, New York, New York, **Mark Forster**, defendant, residing at 55 Riverside Avenue, Westport, Connecticut, **Jon Eric Cook**, 21 Davis Hill Road, Weston, Connecticut, and **Jeffrey Giannone**, defendant, residing at 704 Ridgefield Road, Wilton, Connecticut, jointly and severally, the sum of **$778,332.74,** plus **$ 116,130.68** in interest and late charges, and **$150,000.00** in attorney's fees, for a total of **$1,044,463.42**, and that the plaintiff have execution therefor; and it is further

**ORDERED, ADJUDGED AND DECREED** that Atlantic Bank of New York is the legal owner of the equipment and inventory located at 1651 Pitkin Avenue and is entitled to immediate possession thereof; and it is further

**ORDERED, ADJUDGED AND DECREED** that Atlantic Bank of New York is the legal owner of the equipment and inventory located at 11010 Flatlands Avenue and is entitled to immediate possession thereof; and it is further

Dated: September 18, 2003
New York, New York

J. MICHAEL MC MAHON

Clerk of Court

By: *[signature]*

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY *Melanie L. Lopez*

DEPUTY CLERK