UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
ATLANTIC BANK OF NEW YORK,        )
                                              )
    Plaintiff,                           )
                                              )
v.                                             )
                                              )
METROPOLITAN FOOD GROUP, LLC,  )    Case No. 1:05-MC-10011
1651 PITKIN AVENUE, LLC, 11010      )
FLATLANDS AVENUE, LLC, JON ERIC )
COOK, JEFFREY GIANNONE and       )
MARK FORSTER,                          )
                                              )
    Defendants.                      )
_____)

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiff Atlantic Bank of New York ("Atlantic Bank") hereby moves for the appointment of the Civil Process Division of the Nantucket County Sheriff's Department as Special Process Server. As grounds for this motion, Atlantic Bank respectfully represents as follows:

1. On September 23, 2003, Atlantic Bank recovered a judgment against defendants Metropolitan Food Group, LLC, 1651 Pitkin Avenue, LLC, 11010 Flatlands Avenue, LLC, Jon Eric Cook, Jeffrey Giannone and Mark Forster in the United States District Court for the Southern District of New York.

2. On or about January 5, 2005, the aforementioned judgment was registered in this District pursuant to 28 U.S.C. § 1963.

3. Atlantic Bank has learned that defendant Jeffrey Giannone is the owner of real property located in Nantucket, Massachusetts. Based upon that information, Atlantic Bank intends to levy execution against that property.

4. The Civil Process Division of the Nantucket County Sheriff's Department is experienced in such matters and is located in relative physical proximity to the Nantucket County Registry of Deeds, where the levy must be performed. Having the levy performed by the Nantucket County Sheriff's Department will save time and money, and will avoid diverting the resources of the United States Marshal's Service.

**WHEREFORE**, Atlantic Bank requests that this Court enter an order appointing the Civil Process Division of the Nantucket County Sheriff's Department as Special Process Server, and granting to Atlantic Bank such other and further relief as the Court deems just and proper.

ATLANTIC BANK OF NEW YORK

By its attorneys,

/s/ Steven C. Reingold
_____
Steven C. Reingold (BBO No. 638649)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: sreingold@jagersmith.com

Dated: January 13, 2005