UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ALIAS EXECUTION**                                   MBD NO. 1:05-MC-10011

To the United States Marshal for the District of Massachusetts or either of his Deputies and to  the Nantucket County Sheriff's Department, Civil Process Division , Special Process Server:

WHEREAS  Atlantic Bank of New York  has recovered judgment against  Jeffrey Giannone a/k/a Jeffrey J. Giannone  _____ in the United States District Court for  the Southern District of New York  on the  23d  day of  September, 2003 , for the sum of $ 778,332.74 , debt or damage, pre-judgment interest in the amount of $ 116,130.68 , and costs of this suit in the amount of $ 150,000.00 , as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, as we have commanded you, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 1,044,463.42 , in the whole, with interest thereon at the rate of 1.21%  from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT, and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston , Massachusetts, within five (5) years from the date hereof, or within ten (10) days after this Writ has been satisfied in whole or discharged by law.

Dated this 11th day of February, 2005.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Execution - MBD Alias.wpd - 2/2000)                                            [writexec.]