UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC BANK OF NEW YORK,<br><br>　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN FOOD GROUP, LLC,<br>1651 PITKIN AVENUE, LLC, 11010<br>FLATLANDS AVENUE, LLC, JON ERIC<br>COOK, JEFFREY GIANNONE and<br>MARK FORSTER,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-MC-10011<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SATISFACTION OF JUDGMENT**

**WHEREAS**, on September 23, 2003, a judgment was entered in the above action in favor of plaintiff Atlantic Bank of New York and against defendants Metropolitan Food Group, LLC, 1651 Pitkin Avenue, LLC, 11010 Flatlands Avenue, LLC, Jon Eric Cook, Jeffrey Giannone and Mark Forster, in the United States District Court for the Southern District of New York, in the amount of $778,332.74, together with interest in the amount of $116,130.68, and costs in the amount of $150,000.00; and

**WHEREAS**, on January 5, 2005, the aforementioned judgment was registered in this District pursuant to 28 U.S.C. § 1963; and

**WHEREAS**, said judgment with interest and costs having been fully paid;

**NOW**, **THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of said judgment on the docket.

        ATLANTIC BANK OF NEW YORK

        By its attorneys,

        /s/ Steven C. Reingold
        _____
        Steven C. Reingold (BBO No. 638649)
        JAGER SMITH P.C.
        One Financial Center
        Boston, Massachusetts 02111
        telephone:  (617) 951-0500
        facsimile:  (617) 951-2414
        email:  sreingold@jagersmith.com

Dated: November 30, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ALIAS EXECUTION**                                             MBD NO. 1:05-MC-10011

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _the Nantucket County Sheriff's Department, Civil Process Division_, Special Process Server:

WHEREAS _Atlantic Bank of New York_ has recovered judgment against _Jeffrey Giannone a/k/a Jeffrey J. Giannone_ in the United States District Court for _the Southern District of New York_ on the _23d_ day of _September, 2003_, for the sum of $ _778,332.74_, debt or damage, pre-judgment interest in the amount of $ _116,130.68_, and costs of this suit in the amount of $ _150,000.00_, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, as we have commanded you, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ _1,044,463.42_, in the whole, with interest thereon at the rate of _1.21%_ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT, and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at _Boston_, Massachusetts, within five (5) years from the date hereof, or within ten (10) days after this Writ has been satisfied in whole or discharged by law.

Dated this _11th_ day of _February, 2005_.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

SATISFIED IN FULL AS OF THIS                    [writexec.]
30th DAY OF NOVEMBER, 2005.

ATLANTIC BANK OF NEW YORK

By: _____
Steven C. Reingold, Esq., Attorney for Atlantic Bank of New York